IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.C. OTIS COLLINS                                                                                    PLAINTIFF

v.                          Civil No. 4:10-cv-04004

MAJOR GARY TURNER, Miller County
Jail; NURSE GINA STEWART, Miller
County Jail; and DR. CLAY NASH                                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, J.C. Otis Collins (hereinafter Collins), filed this action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2009), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Currently pending before me is a is a joint motion to dismiss (ECF No. 29) filed by Separate Defendant Nurse Gina Stewart. Attached to the motion is a document from the Plaintiff indicating he no longer wishes to pursue any claims against Nurse Stewart.

I therefore recommend that the motion to dismiss (ECF No. 29) be granted and all claims against Nurse Gina Stewart be dismissed.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of February 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE