IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


J.C. OTIS COLLINS                                                        PLAINTIFF


vs.                              Civil No. 4:10-cv-40004


MAJOR GARY TURNER, Miller County
Jail; NURSE GINA STEWART, Miller
County Jail; and DR. CLAY NASH                                          DEFENDANTS

### JUDGMENT

Before the Court is the Report and Recommendation filed January 25, 2011, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 27.  Judge Bryant recommends that Separate Defendant Gary Turner's Partial Motion to

Dismiss (ECF No. 14) be denied.   No parties have filed objections to the Report and

Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court

adopts the Report and Recommendation *in toto*.  Separate Defendant Gary Turner's Partial Motion

to Dismiss (ECF No. 14) is **DENIED**.

**IT IS SO ORDERED**, this 17th day of February, 2011.


                                          /s/ Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge