IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.C. OTIS COLLINS                                                                                    PLAINTIFF

vs.                                          Civil No. 4:10-cv-4004

MAJOR GARY TURNER, Miller County
Jail; NURSE GINA STEWART, Miller
County Jail; and DR. CLAY NASH                                                        DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 16, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 30.  Judge Bryant recommends that the Joint Motion to Dismiss (ECF No. 29) be granted. No parties have filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  The Joint Motion to Dismiss (ECF No. 29) is **GRANTED** and all claims against Nurse Gina Stewart are dismissed.

**IT IS SO ORDERED**, this 16th day of March, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge